UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHRYN GIBSON,

       Plaintiff,                        Case No. 1:20−cv−559

v.                                     Hon. Janet T. Neff

CONGRESS COLLECTION, LLC,

       Defendant.
_____/

## ORDER

      Pending before the Court is Plaintiff's Motion for leave to exceed page limits (ECF No. 27), to which no response was filed. Having considered the motion and the case circumstances, including the upcoming mediation deadline, the Court will grant the motion to permit the excess pages in Plaintiff's responsive brief (ECF No. 26). Therefore, IT IS HEREBY ORDERED that Plaintiff's Motion for leave to exceed page limits (ECF No. 27) is GRANTED.

      IT IS SO ORDERED.

Dated:  January 7, 2021                        /s/ Janet T. Neff
                                                    JANET T. NEFF
                                                    United States District Judge